IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERKLEY REGIONAL INSURANCE, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 13-2617 |
| : | |
| ERNEST BOCK & SONS, INC. : | |
| : | |
| Defendant. : | |

## ORDER

AND NOW, this *26th* day of *June*, 2014, upon consideration of Defendant Ernest Bock & Sons, Inc.'s Motion to Dismiss Complaint and/or Stay Action (Docket No. 15), Plaintiff Berkely Regional Insurance's Response (Docket No. 18), and Defendant's Letter Brief in Reply (Docket No. 19), it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED**. This case is hereby **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.